IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFTON ALEXANDER,

    *Plaintiff*,

v.                              Case No.: 4:25cv5-MW/MJF

FLORIDA STATE UNIVERSITY,

    *Defendant.*

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 10. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 2, is **DENIED without prejudice**. This matter is referred to the Magistrate Judge for further proceedings.

**SO ORDERED on February 28, 2025.**

                                            s/Mark E. Walker                
                                            **Chief United States District Judge**