IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFTON ALEXANDER,

    *Plaintiff*,

v.                                          Case No.: 4:25cv5-MW/MJF

**FLORIDA STATE UNIVERSITY,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections, ECF No. 23. While Plaintiff's claims against the University, as an entity, are barred by sovereign immunity, this Court notes that Plaintiff arguably could bring claims for prospective relief against the President of FSU and/or members of the FSU Board of Trustees in their official capacities pursuant to *Ex parte Young*. Nonetheless, at this juncture, this Court agrees with the Magistrate Judge that Plaintiff's claims are subject to dismissal.

    Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 22, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss,

ECF No. 16, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim." The Clerk shall close the file.

**SO ORDERED on November 13, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
